1
2
3
4
5
6
7
8
9  UNITED STATES DISTRICT COURT
10  CENTRAL DISTRICT OF CALIFORNIA
11
12
13

| PERLA MAGENO, an individual, | Case No. 8:20-cv-01101-DOC-KES |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT** **[19]** |
| KAREEMS FALAFEL, INC., a California corporation; and DOES 1-10, inclusive | |
| Defendant. | |


# **ORDER**

After consideration of the Joint Stipulation to set aside Default, GOOD CAUSE APPEARING, the default entered against defendant KAREEMS FALAFEL, INC. is set aside. Defendant has ten (10) days to file and serve its responsive pleading. The Order to Show Cause set for September 14,2020 is vacated by the Court.

IT IS SO ORDERED.

DATED: September 11, 2020

*David O. Carter*

UNITED STATES DISTRICT JUDGE